UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
FEB 2 9 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | CRIMINAL NO. SA-10-CR-1089(7) |
| Plaintiff, | § § | |
| v. | § § | |
| JOHN DAVID VEIVIA (7), | § § | |
| Defendant. | § § | |

### ORDER

Upon consideration of Defendant's Pro Se Motion for Early Termination, the Government's Response, and the entire record, said motion is hereby **DENIED**. *Restitution still owed.*

**IT IS SO ORDERED.**

SIGNED AND ENTERED on this the 29 day of February, 2016.

_____
HONORABLE JUDGE FRED BIERY
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF TEXAS